## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 08-20768-CIV-HUCK/O'SULLIVAN

DAVID MARTINEZ,

     Petitioner,

vs.

JOHN RATHMAN, Warden,
Federal Detention Center Miami,

     Respondent.

_____/

**CLOSED CIVIL CASE**

### FINAL ORDER OF DISMISSAL

THIS MATTER is before the Court upon Petitioner's Notice of Voluntary Dismissal without prejudice (D.E. #2) filed on June 16, 2008. Having considered the Notice of Voluntary Dismissal and being otherwise duly advised in the premises, it is hereby

ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1). All pending motions are DENIED as moot and the case is CLOSED.

DONE AND ORDERED in Chambers, Miami, Florida, this June 25, 2008.

Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record